United States District Court
Southern District of Texas
ENTERED

MAR 0 8 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LETICIA BLUMFELDER § | |
| INDIVIDUALLY AND AS § | |
| PERSONAL REPRESENTATIVE OF § | |
| JUANA ZAMORA § | |
| § | CIVIL ACTION NO. |
| VS. § | B-04-207 |
| § | JURY DEMANDED |
| SEARS ROEBUCK & COMPANY § | (636(c)) |

## AGREED ORDER OF DISMISSAL AND FINAL JUDGMENT

This matter is before the Court on an *Agreed Motion to Dismiss* filed by plaintiffs, Leticia Blumfelder, Individually and As Next Friend of Juana Zamora, and by defendants, Sears Roebuck and Company and Whirlpool Corporation. Having considered the motion, the submissions of the parties, and the other papers on file in this case, the Court finds the motion should be, in all things, **GRANTED**.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that all claims by Plaintiffs against Defendants, Sears Roebuck and Company and Whirlpool Corporation are, in all things, **DISMISSED WITH PREJUDICE TO REFILING SAME.**

SO ORDERED this 8th day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

**SEEN AND AGREED:**

_____
**RICHARD W. HUNNICUTT, III**
**ATTORNEY FOR PLAINTIFFS**


_____
**CASEY BELL**
**ATTORNEY FOR DEFENDANTS**
**SEARS ROEBUCK & COMPANY**
**AND WHIRLPOOL CORPORATION**